IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
    Tama Stoeber
    Daniel Stoeber                          : Chapter 13
                                              :
                                              : Bankruptcy No: 18-16393-ref

## AMENDED APPLICATION FOR WAGE ORDER

Debtor, Daniel Stoeber in the above captioned matter hereby respectfully applies for a Wage Order to be issued in this case directing the employer to withhold from his pay period the sum listed on the attached Order and to forward the same to the Standing Trustee listed on the attached Order.

                                                                             /s/ Erik B. Jensen

_____        _____
Chapter 13 Trustee                     Erik B. Jensen, Esquire
                                                                            Attorney for Debtor

Date: 5/2/19