**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| **Tama Stoeber** | |
| **Daniel Stoeber** | : Chapter 13 |
| | : |
| | : Bankruptcy No: 18-16393-ref |

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE**

To the Daniel Stoeber's Employer:

The future earnings of the Debtor, Daniel Stoeber are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$167.50 weekly

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

**Date: May 3, 2019**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge

Make check payable to:
Scott Waterman, Trustee
PO Box 680
Memphis, TN 38101-1799

Payroll Controller
East Penn Manufacturing Co.