# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tama L. Stoeber,
    Daniel H. Stoeber,

          Debtors.

Case No. 18-16393-pmm

Chapter 13

## Motion to Terminate Wage Order

The Debtors move the Court to terminate all wage orders in this case.

Date: February 16, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com