# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Tama L. Stoeber,
    Daniel H. Stoeber,

        Debtors.

Case No. 18-16393-pmm

Chapter 13

## ORDER

      And now, upon motion of the Debtors, it is hereby **ORDERED** that all wage orders previously issued in this case are **TERMINATED**.


Date: _____

            _____
            Patrica M. Mayer
            U.S. Bankruptcy Judge