Certificate Number: 16339-PAE-DE-038197711

Bankruptcy Case Number: 18-16393



16339-PAE-DE-038197711

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 19, 2024</u>, at <u>12:05</u> o'clock <u>AM EST</u>, <u>Tama Stoeber</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>February 19, 2024</u>                By:    <u>/s/Kelley Tipton</u>

Name:    <u>Kelley Tipton</u>

Title:    <u>Certified Financial Counselor</u>