Certificate Number: 16339-PAE-DE-038197437

Bankruptcy Case Number: 18-16393



16339-PAE-DE-038197437

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2024, at 8:56 o'clock PM EST, Daniel Stoeber completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 18, 2024           By:   /s/Kelley Tipton

                                    Name: Kelley Tipton

                                    Title: Certified Financial Counselor