## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Tama L. Stoeber,
    Daniel H. Stoeber,

          Debtors.

Case No. 18-16393-pmm

Chapter 13

### ORDER

    And now, upon motion of the Debtors, it is hereby **ORDERED** that all wage orders previously issued in this case are **TERMINATED**.


Date: **February 21, 2024**

Patrica M. Mayer
U.S. Bankruptcy Judge