United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16393-pmm |
| Tama L. Stoeber | Chapter 13 |
| Daniel H. Stoeber | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 20, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tama L. Stoeber, Daniel H. Stoeber, 1606 Mineral Spring Road, Reading, PA 19602-2229 |
| 14203387 | | Bank Of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 14526972 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14527347 | + | Commonwealth of PA UCTS. (CSU - OUCTS, PA Departme, c/o Amy Weikel, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14203397 | + | Ctce Fedl Cu, Po Box 13385, Reading, PA 19612-3385 |
| 14241651 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14203411 | + | Reading Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14376263 | #+ | Santander Consumer USA, Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave,Suite 301, Moorestown, NJ 08057-3125 |
| 14203415 | + | Sarah K. McCaffery Esquire, 115 West Avenue Suite 104, Jenkintown, PA 19046-2031 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 21 2024 05:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 21 2024 05:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14203381 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 21 2024 05:10:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14203382 | + | Email/Text: rperez@arcadiarecovery.com | Feb 21 2024 05:11:00 | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 14203385 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 21 2024 05:10:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14203391 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 21 2024 05:10:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 14238563 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 21 2024 05:10:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim CA, 92806 |
| 14203389 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2024 05:13:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14203390 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 21 2024 05:13:05 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14208577 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 21 2024 05:13:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14219194 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 18-16393-pmm   Doc 94   Filed 02/22/24   Entered 02/23/24 00:43:38   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14238192 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2024 05:13:01 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| | | | Feb 21 2024 05:23:16 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14203393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 21 2024 05:23:21 | Citibank/Goodyear, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14203394 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 21 2024 05:23:21 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14203396 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2024 05:13:02 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14203398 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 21 2024 05:13:04 | Direct TV LLC / American InfoSource LP, 4515 Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14228196 | | Email/Text: mrdiscen@discover.com | Feb 21 2024 05:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14203399 | + | Email/Text: mrdiscen@discover.com | Feb 21 2024 05:10:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14203400 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 21 2024 05:13:02 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14208407 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 21 2024 05:11:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14203401 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 21 2024 05:11:00 | Hyundai Leasing Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14203402 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 21 2024 05:11:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14203403 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 21 2024 05:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14203392 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 21 2024 05:13:02 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14203404 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 21 2024 05:11:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14218698 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 21 2024 05:11:00 | MetEd, PO Box 3687, Akron, OH 44309-3687 |
| 14203405 | + | Email/PDF: pa_dc_claims@navient.com | Feb 21 2024 05:23:21 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14203409 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2024 05:11:00 | PA Dept of Revenue, PO Box 280946, PA 17128-0946 |
| 14229030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2024 05:13:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14204323 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2024 05:13:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14208890 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2024 05:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14203410 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2024 05:13:01 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14203412 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2024 05:13:02 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 14237744 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 21 2024 05:11:00 | Sallie Mae, P.O Box 3319, Wilmington, DE 19804-4319 |
| 14203413 | + | Email/Text: DeftBkr@santander.us | Feb 21 2024 05:11:00 | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14203414 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 21 2024 05:11:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14203416 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2024 05:13:01 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14203417 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2024 05:13:04 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14203418 | | Email/Text: membersolutions@visionsfcu.org | Feb 21 2024 05:11:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave., Endicott, NY 13760 |
| 14229996 | | Email/Text: membersolutions@visionsfcu.org | Feb 21 2024 05:11:00 | Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 14218697 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 21 2024 05:10:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14203383 | *+ | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 14203384 | *+ | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 14203386 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14203388 | * | Bank Of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 14526979 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14203395 | *+ | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14203406 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14203407 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14203408 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| MICHAEL A. CIBIK | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

on behalf of Debtor Tama L. Stoeber help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Joint Debtor Daniel H. Stoeber help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL JOHN CLARK
on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mclark@squirelaw.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Tama L. Stoeber and Daniel H. Stoeber

        Debtor(s)                        Case No: 18−16393−pmm

                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/20/24

92 − 82
Form 138OBJ