United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 18-16393-pmm

Tama L. Stoeber                                                                    Chapter 13

Daniel H. Stoeber

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Tama L. Stoeber, Daniel H. Stoeber, 1606 Mineral Spring Road, Reading, PA 19602-2229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Daniel H. Stoeber help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tama L. Stoeber help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-4                              User: admin                                    Page 2 of 2

Date Rcvd: Feb 21, 2024                          Form ID: pdf900                                 Total Noticed: 1

MICHAEL JOHN CLARK
                         on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mclark@squirelaw.com

ROLANDO RAMOS-CARDONA
                         on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                         ECFMail@ReadingCh13.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                         on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 9

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16393-pmm |
| Tama L. Stoeber,<br>Daniel H. Stoeber, | Chapter 13 |
| Debtors. | |

## ORDER

And now, upon motion of the Debtors, it is hereby **ORDERED** that all wage orders previously issued in this case are **TERMINATED**.

Date: **February 21, 2024**

_Patricia M. Mayer_

Patrica M. Mayer
U.S. Bankruptcy Judge